Martricia J. CHAPMAN, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2011–3066.

United States Court of Appeals,
Federal Circuit.

Feb. 28, 2011.

---

## ON MOTION

## ORDER

Martricia J. Chapman moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.